UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1199 SEIU GREATER UNITED HEALTHCARE WORKERS EAST,
**Plaintiff**

-v-

PARKVIEW CARE AND REHABILITATION CENTER,
**Defendant**

Case No.  08 CV 00160

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff (1199 SEIU United Healthcare Workers East)</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      NONE

**Date:** January 8, 2008

**Signature of Attorney**
Lowell Peterson
**Attorney Bar Code: LP 5405**

91832

American LegalNet, Inc.
www.USCourtForms.com