UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
ATTORNEYS FOR DEFENDANT
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

CHRISTOPHER M. VALENTINO, ESQ. (CV4312)

---

1199 SEIU GREATER UNITED
HEALTHCARE WORKERS EAST,

                    Plaintiff,

    -against-

PARKVIEW CARE AND
REHABILITATION CENTER,

                    Defendant.

Case No. 08-CV-00160

---

TO: LOWELL PETERSON, ESQ. (LP5405)
      MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
      Attorneys for Plaintiff
      1350 Broadway, Suite 501
      P.O. Box 822
      New York, New York 10018-0026
      (212) 239-4999

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, properly known as "Parkview Care and Rehabilitation Center" certifies that: (a) Defendant is a private corporation that is not publicly held and is not

part of a publicly traded entity; and, (b) Defendant is not a governmental entity and is not controlled by or part of any governmental entity.

Dated: Melville, New York
January 30, 2008

Respectfully submitted,

JACKSON LEWIS LLP
ATTORNEYS FOR DEFENDANT
58 South Service Road
Melville, New York 11747
(631) 247-0404

By: _____
CHRISTOPHER M. VALENTINO (CV4312)

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th of January, 2008, I caused a true and correct copy of the enclosed <u>CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>, to be served upon counsel for Plaintiff, via electronic mail and first class mail to:

> TO: LOWELL PETERSON, ESQ. (LP5405)
> MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
> Attorneys for Plaintiff
> 1350 Broadway, Suite 501
> P.O. Box 822
> New York, New York 10018-0026
> (212) 239-4999

_____
CHRISTOPHER M. VALENTINO, ESQ. (CV4312)

I:\Clients\P\119490\Rule 7 1.doc