UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
1199 SEIU Healthcare Workers East
                    Plaintiff(s),                                    **Case Management Plan**

          - v -
Parkview Care and Rehabilitation Center                08 CV. 00160 (RMB)
                    Defendant(s).
-------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by ___none___

(ii)   Amend the pleadings by ___none___

(iii)  All discovery to be **expeditiously** completed by ~~~~~~~ March 3, 2008

(iv)   Consent to Proceed before Magistrate Judge ___

(v)    Status of settlement discussions  2/28/08 @ 10:10 – status of settlement

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions ~~March 28, 2008 opposition April 18 reply April 25~~

(vii)  Oral Argument  none

(viii) Joint Pre-Trial Order to be submitted by ___

(ix)   Final Pre-Trial Conference ___

(x)    Trial ___

(xi)   Other ___

SO ORDERED: New York, New York
                       2/1/08

                                                              RMB
                                                        _____
                                                        Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 2/1/08