02-06-08   04:16pm   From-Meyer Suozzi                    2122391311           T-915   P.002/002   F-163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*Attorneys for Defendant*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404
    ATTORNEY OF RECORD:
       CHRISTOPHER M. VALENTINO, ESQ. (CV4312)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

------------------------------------------------------X

1199 SEIU GREATER UNITED
HEALTHCARE WORKERS EAST,

                              Plaintiff,

              -against-

PARKVIEW CARE AND REHABILITATION
CENTER,

                              Defendant.

------------------------------------------------------X

Case No.: 08-CV-00160 (RMB)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time within which Defendant's have to answer, move or otherwise respond to Plaintiff's Complaint in this action, be and the same hereby is extended to and including February 29, 2008.

_____
LOWELL PETERSON, ESQ. (LP5405)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTORNEYS FOR PLAINTIFF
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018-0026
(212) 344-2929
Dated: 2/6/08

_____
CHRISTOPHER M. VALENTINO, ESQ. (CV4312)
JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404
Dated: 2/6/08

SO ORDERED:
RMB
2/7/08
Richard M. Berman