```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1199 SEIU UNITED HEALTHCARE WORKERS
EAST,

                Plaintiff,

       -against-

PARKVIEW CARE AND REHABILITATION
CENTER,

                Defendants.
------------------------------------------------------------X

08 Civ. 160 (RMB)

**ORDER OF DISCONTINUANCE**

    Based on Plaintiff having indicated in a letter, dated February 27, 2008 that the parties have reached a settlement agreement, it is hereby

    **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued. The parties are directed to file the executed Consent to Judgment forthwith.

    The conference scheduled for 10:00 a.m. on Thursday, February 28, 2008 is vacated as moot.

**SO ORDERED**.

Dated: New York, New York
       February 27, 2008

*RMB*
_____
Richard M. Berman, U.S.D.J.